**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   ROGER A MOSS   §   Case No.: 09-49080
         YESENIA DIAZ   §
                        §
                        §
                        §
         Debtor(s)      §
_____

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/29/2009.

2) This case was confirmed on 03/17/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/24/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/29/2010, 08/01/2011, 09/21/2011.

5) The case was dismissed on 11/09/2011.

6) Number of months from filing to the last payment: 22

7) Number of months case was pending: 26

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    15,700.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 15,619.23 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 15,619.23 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,010.52 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 908.21 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,918.73 |
| Attorney fees paid and disclosed by debtor | $ 489.48 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAG | UNSECURED | 970.00 | 975.25 | 975.25 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,041.82 | 1,044.61 | 1,044.61 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 842.00 | 846.79 | 846.79 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 186.49 | 186.49 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 11,191.00 | 11,191.00 | 11,191.00 | 4,436.25 | 749.90 |
| CAPITAL ONE AUTO FIN | UNSECURED | 11,191.00 | 663.11 | 663.11 | .00 | .00 |
| CANDICA LLC | UNSECURED | 166.00 | 311.95 | 311.95 | .00 | .00 |
| PALISADES | UNSECURED | 157.00 | 157.86 | 157.86 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 13,625.00 | 13,442.32 | 13,442.32 | 5,417.78 | 896.44 |
| NORTH STAR CAPITAL A | UNSECURED | NA | 965.55 | 965.55 | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,032.00 | 1,032.28 | 1,032.28 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 200.00 | 200.00 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | 13,625.00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY SER | UNSECURED | 37.13 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 142.53 | NA | NA | .00 | .00 |
| AMC ANSTHESIA | UNSECURED | 1,038.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,238.00 | 1,238.73 | 1,238.73 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 173.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 590.05 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,945.00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 479.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 511.00 | NA | NA | .00 | .00 |
| CHASE CARD MEMBER SE | UNSECURED | 2,309.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHECK N GO | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CHILDRENS MEMORIAL | UNSECURED | 462.00 | NA | NA | .00 | .00 |
| CHILDRENS MEMORIAL | UNSECURED | 395.00 | NA | NA | .00 | .00 |
| CHILDRENS SURGICAL F | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 453.00 | NA | NA | .00 | .00 |
| LHR INC | UNSECURED | 617.86 | 648.20 | 648.20 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 643.00 | 311.56 | 311.56 | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 51.00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 641.00 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | 387.00 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | 590.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 473.00 | 473.81 | 473.81 | .00 | .00 |
| HSBC | UNSECURED | 1,979.00 | NA | NA | .00 | .00 |
| WEST RECEIVABLES PUR | UNSECURED | 800.95 | 929.58 | 929.58 | .00 | .00 |
| HSBC BANK | UNSECURED | 636.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 1,407.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 535.00 | NA | NA | .00 | .00 |
| LINCOLN DENTAL FAMIL | UNSECURED | 292.00 | NA | NA | .00 | .00 |
| LITTLE LOAN SHOPPE | UNSECURED | 200.00 | 1,805.00 | 1,805.00 | 21.46 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 156.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 156.00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| MONTGOMERY FINANCIAL | UNSECURED | 1,795.20 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 206.00 | NA | NA | .00 | .00 |
| NORTHSHORE UNIVERSIT | UNSECURED | 1,264.72 | NA | NA | .00 | .00 |
| NORTHSHORE UNIVERSIT | UNSECURED | 346.00 | NA | NA | .00 | .00 |
| PAYDAY ONE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,309.00 | 2,767.71 | 2,767.71 | 32.91 | .00 |
| PREMIER BANKCARD | UNSECURED | 438.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,623.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,625.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 3,830.00 | NA | NA | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | 913.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 194.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 893.00 | NA | NA | .00 | .00 |
| WATERS OF NORTH AMER | UNSECURED | 363.00 | NA | NA | .00 | .00 |
| WOMENS WORKOUT WORLD | UNSECURED | 241.00 | NA | NA | .00 | .00 |
| ADVANCED RADIOLOGY A | UNSECURED | 24.30 | NA | NA | .00 | .00 |
| ADVANCED RADIOLOGY A | UNSECURED | 24.30 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 643.07 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,288.69 | 1,933.69 | 1,933.69 | 22.99 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CONSULTANT RADIOLOGI | UNSECURED | 102.22 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 7,743.78 | 7,753.74 | 7,753.74 | 92.18 | .00 |
| NORTHSHORE UNIVERSIT | UNSECURED | 346.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL- | UNSECURED | 558.72 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 190.15 | 190.15 | .00 | .00 |
| ST ELIZABETH HOSPITA | UNSECURED | NA | 605.35 | 605.35 | .00 | .00 |
| WORLDWIDE ASSET PURC | UNSECURED | NA | 1,294.92 | 1,294.92 | 15.40 | .00 |
| APPLIED BANK | UNSECURED | NA | 1,277.77 | 1,277.77 | 15.19 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 24,633.32 | 9,854.03 | 1,646.34 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 24,633.32 | 9,854.03 | 1,646.34 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 27,614.10 | 200.13 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,918.73 |
| Disbursements to Creditors | $ | 11,700.50 |
| **TOTAL DISBURSEMENTS:** | $ | 15,619.23 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/28/2012          /s/ Tom Vaughn
                           Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**